### 45969. HOLLIS v. HOLLIS.

QUILLIAN, Judge. In the case sub judice, appeal was taken from the directed verdict for plaintiff on July 13, 1970.

Under authority of *Hurst v. Starr,* 226 Ga. 42 (172 SE2d 604), and *Smith v. Sorrough,* 226 Ga. 744 (177 SE2d 246) and cases cited therein, the direction of a verdict is not an appealable judgment.

*Appeal dismissed. Jordan, P. J., and Evans, J., concur.*
ARGUED FEBRUARY 2, 1971—DECIDED FEBRUARY 24, 1971—
REHEARING DENIED MARCH 18, 1971—CERT. APPLIED FOR.

*Fred W. Minter,* for appellant.
*Stokes, Boyd & Shapiro, J. Ben Shapiro, Jr.,* for appellee.